# Exhibit 2

## EXHIBIT 2

## U.S. Patent No. 10,524,078 v. Apple

Accused Instrumentalities: Apple's products that enhance a stereo input audio signal for output through a left speaker and a right speaker by generating a spatially enhanced signal and by determining and correcting asymmetries between the left and right speakers in frequency response, time alignment, and signal level for a listening position, whether through built-in stereo-speaker spatial audio processing or, via the 'Spatialize Stereo' feature, through connected AirPods, including without limitation iPhone 17, iPad Pro 11" M5, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 1

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.0] 1. A system for enhancing an input audio signal for a left speaker and a right speaker, comprising: | To the extent the preamble is limiting, each Accused Instrumentality is or comprises a system for enhancing an input audio signal for a left speaker and a right speaker. <br><br> For example, the Apple iPhone 17 and iPad Pro each include a left speaker and a right speaker and perform spatial audio processing on a stereo input audio signal played through those built-in speakers. As shown below, the iPhone 17 includes speakers at opposite ends of the device that serve as the left speaker and the right speaker in landscape orientation. <br><br> For another example, when the iPhone 17 or iPad Pro renders audio for a connected pair of AirPods (for example, AirPods Max) with Apple's "Spatialize Stereo" feature enabled, the device enhances the input audio for the left and right speaker of the AirPods. <br><br> *See, e.g.*: |

# EXHIBIT 2

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://www.apple.com/iphone-17/ (photographs of exemplary iPhone 17, showing main speaker at bottom end of device; in landscape orientation, this speaker forms either the left or the right speaker, with the earpiece speaker forming the other) |

# EXHIBIT 2

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://www.youtube.com/watch?v=u78CMLm10fU (screenshot from teardown video (at 5:48) of iPhone 17, showing earpiece speaker) |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://www.youtube.com/watch?v=u78CMLm10fU (screenshot from teardown video (at 6:58) of iPhone 17, showing main speaker) |
| [1.1] a spatial enhancement processor configured to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal; and | Each Accused Instrumentality comprises a spatial enhancement processor configured to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal. <br><br> For example, the iPhone 17 playing through its built-in speakers performs crosstalk cancellation processing using a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system, including specifically in the mid (nonspatial) and side (spatial) components of the output signal. The iPhone 17 compensates for those peaks and troughs by gain adjusting both the spatial and nonspatial components of the input audio signal with a spatial enhancement processor. <br><br> For another example, the iPhone 17 or iPad Pro using "Spatialize Stereo" performs crosstalk simulation processing. Specifically, a portion of the left input signal is filtered and played with delay through the right speaker, and a portion of the right input signal is filtered and played with a delay through the left speaker. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system, including specifically in the mid (nonspatial) and side (spatial) components of the output signal. Each of the iPhone 17 and iPad Pro compensates for those peaks |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | and troughs by gain adjusting both the spatial and nonspatial components of the input audio signal with a spatial enhancement processor. |
| [1.2] a b-chain processor, configured to: determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | Each Accused Instrumentality comprises a b-chain processor configured to determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.<br><br>For example, the iPhone 17 has asymmetric stereo speakers. In a typical landscape orientation (top on left—rotated counter-clockwise from portrait), the left (earpiece) speaker is oriented toward the user and is relatively on-axis to the expected listening position, while right speaker is oriented away from the listening position. The right speaker therefore exhibits an off-axis frequency response, an increased acoustic path length (a time-alignment difference), and a reduced power output (a signal-level difference) relative to the relatively on-axis response of the left speaker at the listening position.<br><br>For another example, when either the iPhone 17 or the iPad Pro uses 'Spatialize Stereo' with AirPods, the device likewise determines the asymmetries between the left and right speaker positions for the listener's head position and orientation.<br><br>The iPhone 17 or iPad Pro determines these frequency-response, time-alignment, and signal-level asymmetries for the listening position in order to apply the corresponding corrections described in limitations [1.3]-[1.5].<br><br>*See* evidence and explanation for [1.0] above. |
| [1.3] generate a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response; | The b-chain processor of each Accused Instrumentality generates a left output channel for the left speaker and a right output channel for the right speaker by, among other things, applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>For example, the iPhone 17 applies N-band equalizations to the left and right channels, reflecting the asymmetric properties and alignment of the left and right speakers, for example addressing different resonant frequencies in each driver via N-band equalization between approximately 2 kHz and 7 kHz, thereby adjusting for the frequency-response asymmetry determined in limitation [1.2].<br><br>As another example, the iPhone 17 and iPad Pro support "Spatialize Stereo," including with the AirPods Max. Each of the iPhone 17 and iPad Pro applies N-band equalizations to the left and right channels, reflecting the asymmetric properties and alignment of the left and right speakers, for |

**EXHIBIT 2**

| Claim 1 | Accused Instrumentalities |
|---|---|
|  | example based on the listening position, including when the user's head is turned to one side or another, thereby adjusting for the frequency-response asymmetry determined in limitation [1.2]. *See* evidence and discussion of limitation [1.2]. |
| [1.4] applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment; and | The b-chain processor of each Accused Instrumentality further generates the left and right output channels by applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment. For example, the iPhone 17 applies a short delay to the left (top) channel to correct for the slightly longer path length from the right (bottom) speaker to the expected listening position, thereby adjusting for the time-alignment asymmetry determined in limitation [1.2]. As another example, when the iPhone 17 or iPad Pro uses "Spatialize Stereo" with the AirPods Max, the device applies a short delay to one earbud to adjust for the asymmetry in various listening orientations, including when the user's head is turned to one side or another, thereby adjusting for the time-alignment asymmetry determined in limitation [1.2]. *See* evidence and discussion of limitation [1.2]. |
| [1.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | The b-chain processor of each Accused Instrumentality further generates the left and right output channels by applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. For example, the iPhone 17 applies gain to the left and right channels, resulting in substantially equal overall perceived volume at the intended listening position, thereby adjusting for the signal-level asymmetry determined in limitation [1.2]. As another example, when the iPhone 17 or iPad Pro uses "Spatialize Stereo" with the AirPods Max, the device applies a gain to the input audio signal to adjust for the asymmetry in various listening orientations, including when the user's head is turned to one side or another, thereby adjusting for the signal-level asymmetry determined in limitation [1.2]. *See* evidence and discussion of limitation [1.2]. |

# EXHIBIT 2

**Claim 10**

| Claim 10 | Accused Instrumentalities |
|---|---|
| [10.0] 10. A non-transitory computer readable medium storing instructions that, when executed by a processor, configure the processor to: | To the extent the preamble is limiting, each Accused Instrumentality comprises or includes a non-transitory computer readable medium storing instructions that, when executed by a processor, configure the processor to perform the recited operations.<br><br>*See* evidence and discussion of limitation [1.0]. |
| [10.1] generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of an input audio signal including a left input channel for a left speaker and a right input channel for a right speaker; | The stored instructions configure the processor of each Accused Instrumentality to generate a spatially enhanced signal by gain adjusting spatial components and nonspatial components of an input audio signal including a left input channel for a left speaker and a right input channel for a right speaker.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [10.2] determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | The stored instructions configure the processor to determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.<br><br>*See* evidence and discussion of limitation [1.2]. |
| [10.3] generate a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response; | The stored instructions configure the processor to generate a left output channel for the left speaker and a right output channel for the right speaker by applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [10.4] applying a delay to the spatially enhanced signal to | The stored instructions further configure the processor to apply a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment. |

**EXHIBIT 2**

| Claim 10 | Accused Instrumentalities |
|---|---|
| adjust for the asymmetry in the time alignment; and | *See* evidence and discussion of limitation [1.4]. |
| [10.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | The stored instructions further configure the processor to apply a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level.<br><br>*See* evidence and discussion of limitation [1.5]. |

**Claim 19**

| Claim 19 | Accused Instrumentalities |
|---|---|
| [19.0] 19. A method for enhancing an input audio signal for a left speaker and a right speaker, comprising: | To the extent the preamble is limiting, each Accused Instrumentality performs, and/or Apple performs through each Accused Instrumentality, a method for enhancing an input audio signal for a left speaker and a right speaker, coextensive with the system of claim 1.<br><br>*See* evidence and discussion of limitation [1.0]. |
| [19.1] generating a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal including a left input channel for the left speaker and a right input channel for the right speaker; | Each Accused Instrumentality performs a step of generating a spatially enhanced signal by gain adjusting spatial components and nonspatial components of the input audio signal including a left input channel for the left speaker and a right input channel for the right speaker.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [19.2] determining asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | Each Accused Instrumentality performs a step of determining asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.<br><br>*See* evidence and discussion of limitation [1.2]. |

# EXHIBIT 2

| Claim 19 | Accused Instrumentalities |
|---|---|
| [19.3] generating a left output channel for the left speaker and a right output channel for the right speaker by: applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response; | Each Accused Instrumentality performs a step of generating a left output channel for the left speaker and a right output channel for the right speaker by applying an N-band equalization to the spatially enhanced signal to adjust for the asymmetry in the frequency response.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [19.4] applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment; and | Each Accused Instrumentality performs a step of applying a delay to the spatially enhanced signal to adjust for the asymmetry in the time alignment.<br><br>*See* evidence and discussion of limitation [1.4]. |
| [19.5] applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level. | Each Accused Instrumentality performs a step of applying a gain to the spatially enhanced signal to adjust for the asymmetry in the signal level.<br><br>*See* evidence and discussion of limitation [1.5]. |