# Exhibit 4

# EXHIBIT 4

## U.S. Patent No. 11,051,121 v. Apple

Accused Instrumentalities: Apple's products and services that perform spatial audio processing for stereo audio played through the device's built-in speakers, including crosstalk processing and the generation of a mid compensation channel that compensates for spectral defects caused by the crosstalk processing, including without limitation iPhone 17 and iPad Pro (11-inch M5), alone or in combination with Apple audio accessories including AirPods 4, AirPods 4 (ANC), AirPods Pro 2, AirPods Pro 3, and AirPods Max, and all versions and variations thereof since the issuance of the asserted patent, including any Apple product or service that performs spatial audio processing with crosstalk processing and spectral compensation for stereo audio.

### Claim 1

| Claim 1 | Accused Instrumentalities |
| --- | --- |
| [1.0] A method for enhancing an audio signal having a left channel and a right channel, comprising, by a circuitry: | To the extent the preamble is limiting, each Accused Instrumentality performs, by a circuitry, a method for enhancing an audio signal having a left channel and a right channel.<br><br>For example, the Apple iPad Pro (11" M5) and iPhone 17 perform spatial audio processing for stereo audio played through the device's built-in speakers. The spatial audio processing is enabled by default and cannot be disabled for stereo files played in Apple Music. When the processing is enabled, the device enhances the left and right channels of the audio signal by performing crosstalk processing with spectral compensation, as described below.<br><br>*See, e.g.*: |

# EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  https://www.apple.com/ipad-pro/specs/ (illustration of the iPad Pro identifying its multiple built-in speakers, which reproduce the left and right channels of the audio signal and between which acoustic crosstalk occurs) |

**EXHIBIT 4**

| Claim 1 | Accused Instrumentalities |
|---|---|
| | https://www.apple.com/iphone-17/ (illustration of exemplary iPhone 17) |
| [1.1] applying a crosstalk processing to the audio signal; | Each Accused Instrumentality performs a step of applying a crosstalk processing to the audio signal. For example, in the iPad Pro, the device performs crosstalk cancellation on the left and right channels of the audio signal, including a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz. The crosstalk processing filters, inverts, and time-delays a portion of each channel and reproduces it through the opposite speaker in order to cancel the acoustic crosstalk between the device's built-in left and right speakers at the listening position. |

## EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
| | The iPhone 17 performs materially the same crosstalk processing for stereo audio played through its built-in speakers.<br><br>*See, e.g.*:<br><br><br><br>https://www.apple.com/ipad-pro/specs/ (The iPad Pro's built-in left and right speakers, between which acoustic crosstalk occurs and is processed (cancelled) by the accused crosstalk processing) |

## EXHIBIT 4

| Claim 1 | Accused Instrumentalities |
|---|---|
| [1.2] generating a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | Each Accused Instrumentality performs a step of generating a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal.<br><br>For example, the iPad Pro and iPhone 17 process the left and right channels into a mid (nonspatial) component and a side (spatial) component, where the mid component comprises the sum of the left and right channels (i.e., the portion of the audio common to both channels) and the side component comprises the difference between the left and right channels.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [1.3] generating a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | Each Accused Instrumentality performs a step of generating a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing.<br><br>For example, the crosstalk processing performed by the iPad Pro and iPhone 17 introduces spectral defects — peaks and troughs in the frequency response of the audio system — including in the mid (nonspatial) component of the output signal. To compensate, the device applies one or more filters to the mid component that correct those peaks and troughs caused by the crosstalk processing, thereby generating a mid compensation channel.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [1.4] generating a left output channel and a right output channel using the mid compensation channel. | Each Accused Instrumentality performs a step of generating a left output channel and a right output channel using the mid compensation channel.<br><br>For example, in the iPad Pro and iPhone 17, the compensated mid component is recombined with the side component to form the left and right output channels — the left output channel being derived by adding the nonspatial (mid) component to the spatial (side) component, and the right output channel being derived by subtracting the spatial (side) component from the nonspatial (mid) component — which are then reproduced through the device's left and right speakers.<br><br>*See* evidence and discussion of limitation [1.1]. |

# EXHIBIT 4

**Claim 11**

| Claim 11 | Accused Instrumentalities |
|---|---|
| [11.0] A system for enhancing an audio signal having a left channel and a right channel, comprising: a circuitry configured to: | To the extent the preamble is limiting, each Accused Instrumentality is or comprises a system for enhancing an audio signal having a left channel and a right channel, comprising a circuitry configured as recited. The circuitry of each Accused Instrumentality is the audio-processing circuitry (e.g., the SoC/DSP and associated program code) of the iPad Pro and iPhone 17.<br><br>*See* evidence and discussion of claim 1, including limitation [1.0]. |
| [11.1] apply a crosstalk processing to the audio signal; | In each Accused Instrumentality, the circuitry is configured to apply a crosstalk processing to the audio signal.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [11.2] generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | In each Accused Instrumentality, the circuitry is configured to generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal.<br><br>*See* evidence and discussion of limitation [1.2]. |
| [11.3] generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | In each Accused Instrumentality, the circuitry is configured to generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [11.4] generate a left output channel and a right output channel using the mid compensation channel. | In each Accused Instrumentality, the circuitry is configured to generate a left output channel and a right output channel using the mid compensation channel.<br><br>*See* evidence and discussion of limitation [1.4]. |

# EXHIBIT 4

**Claim 21**

| Claim 21 | Accused Instrumentalities |
|---|---|
| [21.0] A non-transitory computer readable medium comprising stored program code that when executed by a processor causes the processor to: | Each Accused Instrumentality comprises a non-transitory computer readable medium (e.g., the device's storage/memory) storing program code that, when executed by a processor, causes the processor to perform the recited operations.<br><br>*See* evidence and discussion of claim 1, including limitation [1.0]. |
| [21.1] apply a crosstalk processing to an audio signal including a left channel and a right channel; | In each Accused Instrumentality, the stored program code, when executed, causes the processor to apply a crosstalk processing to an audio signal including a left channel and a right channel.<br><br>*See* evidence and discussion of limitation [1.1]. |
| [21.2] generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal; | In each Accused Instrumentality, the stored program code causes the processor to generate a mid component using a sum of the left channel and the right channel, the mid component being a nonspatial component of the audio signal.<br><br>*See* evidence and discussion of limitation [1.2]. |
| [21.3] generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing; and | In each Accused Instrumentality, the stored program code causes the processor to generate a mid compensation channel by applying filters to the mid component that compensate for spectral defects in the crosstalk processed audio signal caused by the crosstalk processing.<br><br>*See* evidence and discussion of limitation [1.3]. |
| [21.4] generate a left output channel and a right output channel using the mid compensation channel. | In each Accused Instrumentality, the stored program code causes the processor to generate a left output channel and a right output channel using the mid compensation channel.<br><br>*See* evidence and discussion of limitation [1.4]. |